James HOVANEC, Appellant,

v.

John E. POTTER, Postmaster General, Appellee.

No. 05–1250.

United States Court of Appeals, Federal Circuit.

March 9, 2006.

Before MICHEL, Chief Judge, MAYER and LOURIE, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

CITIZENS FINANCIAL SERVICES, FSB (formerly known as Citizens Federal Savings and Loan Association), Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 05–5116.

United States Court of Appeals, Federal Circuit.

March 9, 2006.

Rehearing and Rehearing En Banc Denied May 17, 2006.

Before RADER, SCHALL, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.